United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNY R. GARCIA,    )    No. C 05-0341 MMC (PR)
            )
    Plaintiff,    )    **ORDER DENYING MOTION TO COMPEL**
            )
  v.    )
            )
RICHARD KIRKLAND, et al.,    )    **(Docket No. 12)**
            )
    Defendants    )
_____ )

    Plaintiff, proceeding pro se and currently incarcerated at Pelican Bay State Prison ("PBSP"), filed the above-titled civil rights action under 42 U.S.C. § 1983. Plaintiff has filed with the Court a motion to compel discovery from defendants. Plaintiff may only file a motion to compel discovery after he satisfies the "meet and confer" requirements of the discovery rules. See Fed. R. Civ. P. 37(a)(2)(A). It is clear from plaintiff's motion that he has not done so. Accordingly, plaintiff's motion is DENIED.

    This order terminates docket number 12.

    IT IS SO ORDERED.

DATED: October 18, 2005

                        MAXINE M. CHESNEY
                        United States District Judge